IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| TRAVIS WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>    Defendant. | C/A No. 8:16-cv-01453-MGL<br><br>NOTICE OF REMOVAL |

# Exhibit A
# Summons and Complaint

 **CT Corporation**

**Service of Process Transmittal**
04/07/2016
CT Log Number 528950551

**TO:** Vicki Tersteeg
Medtronic, Inc.
710 Medtronic Pkwy, Ms: LC300
Minneapolis, MN 55432-5604

**RE:** Process Served in South Carolina

**FOR:** Medtronic, Inc. (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Travis Watson, Pltf. vs. Medtronic, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Cover Sheet, Complaint, Certificate |
| **COURT/AGENCY:** | Greenwood County Court of Common Pleas, SC<br>Case # 2016CP2400507 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - October 05, 2015 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Columbia, SC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/07/2016 postmarked on 04/05/2016 |
| **JURISDICTION SERVED:** | South Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Lena Y. Meredith<br>Nicholson, Meredith and Anderson, LLC<br>P O Box 457<br>Greenwood, SC 29648<br>864-229-7241 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/07/2016, Expected Purge Date: 04/12/2016<br><br>Image SOP<br><br>Email Notification, Vicki Tersteeg  VICKI.ANN.TERSTEEG@MEDTRONIC.COM<br><br>Email Notification, Jackie Hiltner  jackie.hiltner@medtronic.com |
| **SIGNED:** | CT Corporation System |
| **ADDRESS:** | 2 Office Park Court<br>Suite 103<br>Columbia, SC 29223 |
| **TELEPHONE:** | 404-965-3840 |

Page 1 of  1 / GG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

NICHOLSON MEREDITH AND ANDE...
ATTORNEYS AT LAW
P.O. BOX 457
GREENWOOD, SC 29648

CERTIFIED MAIL



7015 1660 0000 8982 8704



02 1P     $ 006.95
0001966414   APR 05 2016
MAILED FROM ZIP CODE 29646

CT Corporation System
2 Office Park Court, Suite 103
Columbia, SC 29223

2322335948 C008

# NICHOLSON MEREDITH & ANDERSON, LLC
## ATTORNEYS AT LAW

W.H. Nicholson, III
Lena Y. Meredith

Jennings B. Anderson
W.H. Nicholson, IV

109 West Court Avenue (29646)
P. O. Box 457
Greenwood, SC 29648

864.229.7241 Phone
864.229.2739 Fax

www.nicholsonmeredith.com

April 5, 2016

*Via Certified Mail, Return Receipt Requested*
CT Corporation System
2 Office Park Court, Suite 103
Columbia, SC 29223

Re:   Travis Watson v. Medtronic, Inc.
      Civil Action No. 2016-CP-24-00507

Dear Sir or Madam:

Enclosed herewith for service upon you as registered agent for Medtronic, Inc., is a copy of a Summons and Complaint along with a Certificate of Service covering same. Please forward to the appropriate party and provide a response in the near future.

Please note the terms of the Summons in South Carolina law provides thirty (30) days for a responsive pleading to be filed with the court and served upon us, as attorneys for the Plaintiff.

If you have any questions, please feel free to contact our office.

Sincerely,

NICHOLSON MEREDITH & ANDERSON

Laura Beth Brooks
Paralegal

/leb
Enclosures

| | |
|---|---|
| STATE OF SOUTH CAROLINA )<br>)<br>COUNTY OF GREENWOOD ) | IN THE COURT OF COMMON PLEAS<br>FOR THE EIGHTH JUDCIAL CIRCUIT<br>2016-CP-24- 00507 |

Travis Watson, )
)
　　　　　Plaintiff, )
)
v. )　　　　　**SUMMONS**
)
Medtronic Inc, )
)
　　　　　Defendant. )

FILED COMMON PLEAS
8TH JUDICIAL CIRCUIT
GREENWOOD, S.C.
2016 MAR 31 PM 2: 45

**TO THE DEFENDANT ABOVE NAMED:**

　　**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint on the subscriber, Lena Y. Meredith, Esquire, 109 W. Court Avenue, P.O. Box 457, Greenwood, South Carolina, 29648, within **THIRTY (30) DAYS** after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　_____
　　　　　　　　　　　Lena Y. Meredith, SC Bar #9663
　　　　　　　　　　　NICHOLSON, MEREDITH AND ANDERSON, LLC
　　　　　　　　　　　109 West Court Avenue
　　　　　　　　　　　P O Box 457
　　　　　　　　　　　Greenwood, SC 29648
　　　　　　　　　　　Telephone: (864) 229-7241
　　　　　　　　　　　Facsimile: (864) 229-2739
　　　　　　　　　　　Email: lena@nicholsonmeredith.com

Greenwood, SC
March 24, 2016

**STATE OF SOUTH CAROLINA**

**COUNTY OF GREENWOOD**

**IN THE COURT OF COMMON PLEAS**

Travis Watson
**Plaintiff(s)**

vs.

Medtronic Inc
**Defendant(s)**

**CIVIL ACTION COVERSHEET**

2016-CP-24-00507

FILED COMMON PLEAS
8TH JUDICIAL CIRCUIT
GREENWOOD, S.C.
2016 MAR 31 PM 2:45

Submitted By: Lena Y Meredith
Address: P O Box 457, Greenwood, SC 29648

SC Bar #: 9663
Telephone #: 864-229-7241
Fax #: 864-229-2739
Other:
E-mail: lena@nicholsonmeredith.com

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

**DOCKETING INFORMATION** (Check all that apply)
*If Action is Judgment/Settlement do not complete*

☐ JURY TRIAL demanded in complaint.   ☒ NON-JURY TRIAL demanded in complaint.
☐ This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Proof of ADR/Exemption Attached)

**NATURE OF ACTION** (Check One Box Below)

**Contracts**
☐ Constructions (100)
☐ Debt Collection (110)
☐ Employment (120)
☐ General (130)
☐ Breach of Contract (140)
☐ Other (199)

**Torts - Professional Malpractice**
☐ Dental Malpractice (200)
☐ Legal Malpractice (210)
☐ Medical Malpractice (220)
Previous Notice of Intent Case #
20___-CP-___-___
☐ Notice/File Med Mal (230)
☐ Other (299)

**Torts – Personal Injury**
☐ Assault/Slander/Libel (300)
☐ Conversion (310)
☐ Motor Vehicle Accident (320)
☐ Premises Liability (330)
☐ Products Liability (340)
☐ Personal Injury (350)
☐ Wrongful Death (360)
☒ Other (399)

**Real Property**
☐ Claim & Delivery (400)
☐ Condemnation (410)
☐ Foreclosure (420)
☐ Mechanic's Lien (430)
☐ Partition (440)
☐ Possession (450)
☐ Building Code Violation (460)
☐ Other (499)

**Inmate Petitions**
☐ PCR (500)
☐ Mandamus (520)
☐ Habeas Corpus (530)
☐ Other (599)

**Administrative Law/Relief**
☐ Reinstate Drv. License (800)
☐ Judicial Review (810)
☐ Relief (820)
☐ Permanent Injunction (830)
☐ Forfeiture-Petition (840)
☐ Forfeiture—Consent Order (850)
☐ Other (899)

**Judgments/Settlements**
☐ Death Settlement (700)
☐ Foreign Judgment (710)
☐ Magistrate's Judgment (720)
☐ Minor Settlement (730)
☐ Transcript Judgment (740)
☐ Lis Pendens (750)
☐ Transfer of Structured Settlement Payment Rights Application (760)
☐ Confession of Judgment (770)
☐ Petition for Workers Compensation Settlement Approval (780)
☐ Other (799)

**Appeals**
☐ Arbitration (900)
☐ Magistrate-Civil (910)
☐ Magistrate-Criminal (920)
☐ Municipal (930)
☐ Probate Court (940)
☐ SCDOT (950)
☐ Worker's Comp (960)
☐ Zoning Board (970)
☐ Public Service Comm. (990)
☐ Employment Security Comm (991)
☐ Other (999)

**Special/Complex /Other**
☐ Environmental (600)
☐ Automobile Arb. (610)
☐ Medical (620)
☐ Other (699)
☐ Pharmaceuticals (630)
☐ Unfair Trade Practices (640)
☐ Out-of-State Depositions (650)
☐ Motion to Quash Subpoena in an Out-of-County Action (660)
☐ Sexual Predator (510)

Submitting Party Signature: *Lena y meredith*   Date: 3/24/16

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (06/2013)                                Page 1 of 2

**FOR MANDATED ADR COUNTIES ONLY**

Aiken, Allendale, Anderson, Bamberg, Barnwell, Beaufort, Berkeley, Calhoun, Charleston, Cherokee, Clarendon, Colleton, Darlington, Dorchester, Florence, Georgetown, Greenville, Hampton, Horry, Jasper, Kershaw, Lee, Lexington, Marion, Oconee, Orangeburg, Pickens, Richland, Spartanburg, Sumter, Union, Williamsburg, and York

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

You are required to take the following action(s):

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs. (Medical malpractice mediation is mandatory statewide.)

4. Cases are exempt from ADR only upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

6. Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference has been concluded.

**Please Note:** You must comply with the Supreme Court Rules regarding ADR. Failure to do so may affect your case or may result in sanctions.

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE EIGHTH JUDCIAL CIRCUIT |
| COUNTY OF GREENWOOD ) | 2016-CP-24-00507 |

| | |
|---|---|
| Travis Watson, ) | |
| ) | Non-Jury |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT |
| ) | |
| Medtronic Inc, ) | |
| ) | |
| Defendant. ) | |

FILED COMMON PLEAS
8TH JUDICIAL CIRCUIT
GREENWOOD, S.C.
2016 MAR 31 PM 2: 45

The Plaintiff above named, complaining of the Defendant herein, would allege and show to the Court:

1. The Plaintiff is a resident of the County of Greenwood, State of South Carolina. On information and belief, Defendant is a corporation organized under the laws of the state of South Carolina with a place of business in Greenwood County, South Carolina.

2. Plaintiff was employed by Defendant, between April, 2006 and October 5, 2015.

3. On September 29, 2015, Plaintiff suffered a compensable workers' compensation injury to his left hand which required medical treatment.

4. On or about October 5, 2015, while he was out of work on leave by an authorized treating physician, Plaintiff was notified that he was terminated from employment. Plaintiff is informed and believes that said termination is due to his work related injury in violation of S. C. Code §41-1-80 (SC Code Ann.).

5. Plaintiff was able to obtain employment elsewhere on November 23, 2015, after he was released to return to work by the authorized treating physician, but at a substantially lower hourly rate of pay.

6. Plaintiff is entitled to judgment against Defendant for lost wages from October 5, 2015, and for an Order of the Court requiring Defendant to reinstate him to his former position of Production Team Leader, or in the alternative, for damages under the Statute.

7. Plaintiff believes Defendant terminated his employment in willful violation of the statute and believes Defendant should be required to pay Plaintiff's attorney's fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. for the amount of his lost wages since October 5, 2015, plus attorney's fees and costs;

2. for an Order of the Court requiring Defendant to reinstate Plaintiff to his former position; and,

3. for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

_Lena Y. Meredith_
Lena Y. Meredith, SC Bar #9663
NICHOLSON, MEREDITH AND ANDERSON, LLC
109 West Court Avenue
P O Box 457
Greenwood, SC 29648
Telephone: (864) 229-7241
Facsimile: (864) 229-2739
Email: lena@nicholsonmeredith.com

Greenwood, SC
March 24, 2016

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE EIGHTH JUDCIAL CIRCUIT |
| COUNTY OF GREENWOOD ) | 2016-CP-24-00507 |
| ) | |
| Travis Watson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| Medtronic Inc, ) | |
| ) | |
| Defendant. ) | |

The undersigned does hereby certify that she is employed by Nicholson, Meredith and Anderson, LLC, Attorneys for the Plaintiff in the above entitled action; that on this date, she served the following documents:

    Summons and Complaint;

in the above case upon the registered agent for Medtronic, Inc., by Certified U.S. mail as follows:

CT Corporation System
2 Office Park Court, Suite 103
Columbia, SC 29223

                                                          *Laura Beth Brooks*
                                                          Laura Beth Brooks, Paralegal
                                                          NICHOLSON, MEREDITH AND ANDERSON, LLC
                                                          P. O. Box 457
                                                          Greenwood, SC 29648
                                                          864-229-7241

April 5, 2016