**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| **TRAVIS WATSON,** | C/A No. 8:16-cv-01453-MGL |
| **PLAINTIFF,** | |
| VS. | **ORDER** |
| **MEDTRONIC, INC.,** | |
| **DEFENDANT.** | |

THIS MATTER IS BEFORE THE COURT on Defendant Medtronic, Inc.'s Motion for Substitution of Counsel filed on October 27, 2016. The Court having considered the Defendant's Motion for Substitution of Counsel, and being of the opinion that good cause has been shown, hereby GRANTS Defendant's Motion for Substitution of Counsel.

IT IS HEREBY ORDERED that Matthew S. Brown of Littler Mendelson, P.C. shall be substituted as counsel of record for above-named Defendant in place of D. Michael Henthorne, formerly of Littler Mendelson, P.C.

s/Mary Geiger Lewis
_____
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

October 28, 2016
Columbia, South Carolina