# NICHOLSON MEREDITH & ANDERSON, LLC

## ATTORNEYS AT LAW

W.H. Nicholson, III
Lena Y. Meredith*

Jennings B. Anderson
W.H. Nicholson, IV
Haylea N. Carter

109 West Court Avenue (29646)
P. O. Box 457
Greenwood, SC 29648

864-229-7241 Phone
864-229-2739   Fax

www.nicholsonmeredith.com
*Certified Mediator/Arbitrator

July 29, 2021

Robin L. Blume, Clerk of Court
United States District Court
District of South Carolina
Matthew J. Perry, Jr., Federal Courthouse
901 Richland Street
Columbia, SC 29201

      RE:    Watson v. Medtronic, Inc.
               8:16-cv-01453-MGL

Dear Ms. Blume,

I was involved in the matter of Schwartz v. Medtronic, Inc., Civil Action Number 8:20-CV-00804-JD. We appreciate Judge Lewis's candor, but our matter was resolved, and her conflict or failure to recuse herself was of no consequence in this matter, and the Plaintiff has no objection to same.

Please contact my office if you have any questions or concerns.

Sincerely,

NICHOLSON MEREDITH & ANDERSON, LLC

Lena Y. Meredith

LYM/tjr